**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**Robert J. Im, Esq. (NV 16097)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:   (949) 427-1889
Email:  tmartinez@burgermeyer.com
            sgillespie@burgermeyer.com
            rim@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., dba SAM'S CLUB, a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.:     2:25-cv-01493<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff, Andrea Jordan, by and through his counsel of record, Gregory A. Kraemer, Esq. of Morgan & Morgan, and Defendant, Sam's West, Inc., by and through its attorneys of record, Tabetha Martinez, Esq. and Robert J. Im, Esq., of the law firm of Burger, Meyer & D'Angelo, LLP., hereby submit the proposed stipulated Discovery Plan and Scheduling Order Pursuant to LR 26-1(b).

    **1.**    **Discovery Cut-Off Date.** Defendant answered or otherwise appeared on July 7, 2025. The Defendant removed the instant matter on August 13, 2025. The Parties propose a close of discovery of the statutory 180 days from the date Defendant answered, i.e., **February 9, 2026.**

**2.     Amending the Pleadings and Adding Parties.** The deadline to amend the pleadings and add parties is **November 12, 2025.**

**3.     Expert and Rebuttal-Expert Disclosures.** The deadline to disclose experts is **December 12, 2025.** The deadline to disclose rebuttal experts is **January 12, 2026.**

**4.     Dispositive Motions.** The deadline to file dispositive motions is **March 9, 2026.**

**5.     Pretrial Order.** The deadline to file a pretrial order is **April 9, 2026.**

**6.     Fed. R. Civ. P. 26(a)(3).** The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

**7.     Alternative Dispute Resolution.** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

**8.     Alternative Forms of Case Disposition.** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**9.     Electronic Evidence.** The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

**10.     Initial Disclosures.** No changes are necessary in the form or requirement for the disclosures under Fed. R. Civ. P. 26(a). Initial disclosures will be made on or about **October 6, 2025.**

**11.     E-discovery.** The parties agree **that** disclosure and discovery of electronically stored information should be produced in Portable Document Format ("PDF Format") to allow for proper and consistent Bates numbering. The PDF documents are also to be produced in a recognized text (Optical Character Recognition COCR") format. If, in good faith, a party questions the authenticity of an electronically stored document, or for other good faith reason, the party may request the PDF format document to be produced in its native format.

**12.     Extensions or modifications of the discovery plan and scheduling order.** In accordance with LR 26-3, any stipulation or motion for modification or extension of this discovery plan

-2-
**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

and scheduling order must be made no later than twenty-one (21) days before the discovery cutoff date. Therefore, such stipulations or motions shall be made not later than **December 12, 2025.**

      **13.**     **Email Service:** The parties consent to electronic service, to the extent the size of the submission permits it, of all court filings, not served through ECF (e.g., filings under seal) and such service shall constitute proper service under FRCP 5(b)(2)(E). The parties further consent to of correspondence and discovery, in lieu of other service methods, under FRCP 5(b)(2)(E) on all counsel who have entered an appearance on behalf of the party to be served as follows:

| | |
|---|---|
| tmartinez@burgermeyer.com<br>rim@burgermeyer.com<br>araleigh@burgermeyer.com<br>for Defendant<br>SAM'S WEST, INC. | bryanna.gutierrez@forthepeople.com<br>gkraemer@forthepeople.com<br>bryanna.gutierrez@forthepeople.com<br>jeannette.tracer@forthepeopel.com<br>melissamartinez@forthepeople.com<br>searnest@forthepeople.com |
| **BURGER, MEYER & D'ANGELO, LLP** | **MORGAN & MORGAN** |
| */s/ Robert J. Im*<br>Tabetha A. Martinez, Esq.<br>Robert J. Im, Esq.<br>Attorneys for Defendant<br>SAM'S WEST, INC. | */s/ Gregory A. Kraemer*<br>Gregory A. Kraemer, Esq.<br>6725 Via Austi Parkway-Suite 275<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff |

      **IT IS SO ORDERED.**

      DATED this __8th__ day of ___October___ 2025.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

# Alexandria C. Raleigh

| | |
|---|---|
| **From:** | Gregory Kraemer x23238 <gkraemer@forthepeople.com> |
| **Sent:** | Tuesday, October 7, 2025 11:59 AM |
| **To:** | Alexandria C. Raleigh |
| **Cc:** | Robert J. Im; Melissa Martinez x23302; Bryanna Gutierrez x23206; Tabetha A. Martinez |
| **Subject:** | Re: *EXT*Notification of Service for Case:  A-25-919204-C, Andrea Jordan, Plaintiff(s) vs.Sam's West Inc, Defendant(s) for filing Notice of Removal - NRE (CIV), Envelope Number: 16307084 |

Let's just go with the plan you drafted. You have my approval to add my signature and file.

Thanks
Sent from my iPhone

# Gregory Kraemer
**Attorney**

**T:** (725) 765-3281
**F:** (689) 285-6860
6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

> On Oct 7, 2025, at 11:46 AM, Alexandria C. Raleigh <araleigh@burgermeyer.com> wrote:
>
> Good afternoon,
>
> Our office is following up on your edits to the proposed discovery plan.
>
> **Thank you.**
>
> **Alexandria C. Raleigh**
> **Legal Assistant/Paralegal**
> araleigh@burgermeyer.com
> Telephone: (725) 242-8525
> Facsimile:  (949) 427-1889
>
> **Please note our address has changed:**
>
> **BURGER, MEYER, D'ANGELO LLP**
> 725 S 8th Street, Suite 200
> Las Vegas, NV 89101
>
> The firm's mailing address remains the same:

1