Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15227)
Jessica Recarey-Valenzuela, Esq. (NV 16611)
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
          sgillespie@burgermeyer.com
          jrecarey-valenzuela@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA JORDAN.<br><br>            Plaintiff<br><br>v.<br><br>SAM'S WEST, INC., dba SAM'S CLUB,<br><br>            Defendant | Case No.:       2:25-cv-01493-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, ANDREA JORDAN and SAM'S WEST, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

STIPULATION FOR DISMISAL WITH PREJUDICE

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 16, 2026                                          **MORGAN & MORGAN**


                                                             */s/Gregory Kraemer, Esq.*
                                                             Gregory A. Kramer, Esq.
                                                             Attorney for Plaintiff



Dated: June 16, 2026                                          **BURGER, MEYER & D'ANGELO, LLP**


                                                             */s/ Jessica Recarey-Valenzuela, Esq.*
                                                             Tabetha A. Martinez, Esq.
                                                             Susan E. Gillespie, Esq.
                                                             Jessica Recarey-Valenzuela, Esq.
                                                             Attorneys for Defendant
                                                             SAM'S WEST, INC.


Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2026

-2-
STIPULATION FOR DISMISAL WITH PREJUDICE